[Criminal No. 135.]

JOHN BETIS, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. George R. Davis, Judge.

George W. Swain, Attorney for Appellant.

C. F. Ainsworth, Attorney-General, for Respondent.

February 10, 1899. Affirmed.